# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR0235-JM |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 85646198 |
| Anael Vasquez-Diaz ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __April 7, 2008__ the Court entered the following order:

**FILED APR 7 - 2008** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

__X__ Defendant be released from custody, as to this case only.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

_____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Case 08CR1011 JM still pending.

Received _____ /s/ _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Deputy Clerk

Crim-9 (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY